William Stephen LUSH, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2011–3131.

United States Court of Appeals, Federal Circuit.

Jan. 20, 2012.

William Stephen Lush II, Middleton, WI, for Petitioner.

*ORDER*

William Stephen Lush, II, having complied with the court's order of December 22, 2011, by filing the required brief within 21 days.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's December 22, 2011, —— Fed.Appx. ——, 2011 WL 6444139, order of dismissal and the mandate are hereby, vacated and recalled, and the petition for review is reinstated.

(2) The Merit Systems Protection Board should compute the due date for filing its brief from the date of filing of this order.